United States District Court
Southern District of Texas
**ENTERED**
November 17, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DENNIS RICHARDS, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-15-1970 |
| § | |
| KATHLEEN FRANCISCO., *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

This action is dismissed without prejudice for want of subject-matter jurisdiction.

SIGNED on November 17, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge